```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DAVID SYGALL,                                               :
                                                            :
                            Plaintiff,                      :
                                                            :        18-CV-2730 (VSB)
              -against-                                     :
                                                            :              ORDER
LEON HENDRIX,                                               :
                                                            :
                            Defendant.                      :
                                                            :
------------------------------------------------------------X
```

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 9/28/2020

VERNON S. BRODERICK, United States District Judge:

The Clerk issued a certificate of default in this action on February 24, 2020.  (Doc. 67.) Plaintiff, however, has taken no further action to prosecute this case against Defendant Leon Hendrix.  Accordingly, if Plaintiff intends to seek a default judgment he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than October 5, 2020.  If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

Plaintiff is further directed to file a status update no later than October 5, 2020 apprising the Court of the status of this case.

SO ORDERED.

Dated:    September 28, 2020
          New York, New York

*[signature]*
Vernon S. Broderick
United States District Judge