```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/8/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DAVID SYGALL,

                                     Plaintiff,                              18-CV-02730 (VSB) (SN)

           -against-                                             **ORDER**

ANDREW PITSICALIS, et al.,

                                  Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On October 29, 2020, the Honorable Vernon S. Broderick referred this case to my docket to conduct an inquest and to issue a report and recommendation concerning Plaintiff's damages. On October 30, 2020, I issued an Order directing the Plaintiff to file Proposed Findings of Fact and Conclusions of Law describing all claimed damages and any other monetary relief. ECF No. 75. That Order directed the Defendants to respond to the Plaintiff's submissions within 30 days of service. The Plaintiff filed his submissions, which applied to Defendant Leon Hendrix, and filed proof of service as to Hendrix on November 30, 2020. ECF No. 77. To date, Hendrix has not responded. Accordingly, the inquest is deemed fully briefed and ready for disposition.

**SO ORDERED.**

                                                                       _____
                                                                       SARAH NETBURN
                                                                       United States Magistrate Judge

DATED:      January 8, 2021
                 New York, New York