UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DAVID SYGALL,

                             **Plaintiff,**                                 18-CV-02730 (VSB) (SN)

                      -against-                                      **ORDER**

ANDREW PITSICALIS, et al.,

                             **Defendants.**

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      A telephonic conference is scheduled for May 28, 2021, at 2:00 p.m. to discuss the Plaintiff's request to compel Defendant Leon Hendrix to testify regarding damages. At that time the parties should dial the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. Respectfully, the Clerk of Court is directed to mail a copy of this Order to Defendant Leon Hendrix.

**SO ORDERED.**

                                                              SARAH NETBURN
                                                              United States Magistrate Judge

DATED:       May 20, 2021
                  New York, New York