UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 5/28/2021

DAVID SYGALL,

                                        Plaintiff,                          18-CV-02730 (VSB) (SN)

                -against-                                                   **ORDER**

ANDREW PITSICALIS, et al.,

                                        Defendants.

----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        The Court held a status conference on May 28, 2021, at which the Defendant Leon

Hendrix failed to appear. At the conference, the Plaintiff requested an opportunity to submit an

addendum to the proposed findings of fact and law relevant to the Court's damages inquest.

Accordingly, the Plaintiff shall make these submissions no later than July 15, 2021. Defendant

Leon Hendrix shall file any opposition no later than July 29, 2021. The Plaintiff is directed to

serve a copy of this Order on Mr. Hendrix both by mail and by email.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:        May 28, 2021
              New York, New York