UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
DAVID SYGALL, :
:
                        Plaintiff, :
:     18-CV-2730 (VSB)
        - against - :
:     **ORDER**
:
ANDREW PITSICALIS, an individual; :
LEON HENDRIX, an individual; :
PURPLE HAZE PROPERTIES, LLC, a :
Nevada Limited Liability Company; :
ROCKIN ARTWORK, LLC, a Nevada :
Limited Liability Company; ANGOTTI :
DESIGNS, LLC, an Indiana Limited :
Liability Company; a California Limited :
Liability Company; GRASSROOTS :
CLOTHING, LLC, a Colorado Limited :
Liability Company; and KURT S. :
ADLER, INC., a New York Corporation, :
:
                      Defendants. :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       On August 2, 2022, I issued an order adopting the Report and Recommendation issued on May 16, 2022 in its entirety. (Doc. 87.) In the order, I directed parties to file a joint Notice of Status of Remaining Claims within fourteen days. On August 17, 2022, Plaintiff filed a Notice of Status of Remaining Claims stating that pending a judgment reflecting the damages award, the matter was concluded on the merits. (Doc. 75.)

       The Clerk of the Court is respectfully directed to (1) terminate any open motions, (2) enter judgment in accordance with this Order, (3) calculate the interest owed consistent with the rate set by 28 U.S.C. § 1961, and (4) close this case.

SO ORDERED.

Dated:   August 18, 2022
           New York, New York

                                                              Vernon S. Broderick
                                                              United States District Judge