UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

DAVID SYGALL.,

                    Plaintiff,

18 CIVIL 2730 (VSB)

-against-

**JUDGMENT**

ANDREW PITSICALIS, LEON HENDRIX, et al.,

                    Defendants.

------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED,** that for the reasons stated in the Court's Opinion & Order dated August 2, 2022 and Order dated August 18, 2022, the Report and Recommendation issued on May 16, 2022 is adopted in its entirety. On August 17, 2022, Plaintiff filed a Notice of Status of Remaining Claims stating that pending a judgment reflecting the damages award, the matter was concluded on the merits. Accordingly, judgment is entered in favor of Plaintiff as against Leon Hendrix in the amount of $14,250, attorneys' fees in the amount of $2,275, plus post-judgment interest of 3.26% pursuant to 28 U.S.C. § 1961 until the date of Hendrix's payment and the case is closed.

**DATED**: New York, New York
           August 22, 2022

                                       **RUBY J. KRAJICK**

                                          **Clerk of Court**

                         BY: _____

                                          **Deputy Clerk**